UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| COLT DEFENSE LLC,          ) | |
| ) | |
| Plaintiff          ) | |
| ) | Civil No. 04-240-P-S |
| v.          ) | |
| ) | |
| BUSHMASTER FIREARMS., INC.,          ) | |
| ) | |
| Defendant          ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on September 20, 2005 (Docket # 76), his Memorandum Decision on Defendant's Motion to Exclude (Docket # 36) and Recommended Decision on Defendant's Motion for Summary Judgment (Docket # 38) .

    Plaintiff filed its Objection (Docket # 82) to the Order and Memorandum Decision (Docket # 76) as to Motion to Exclude Expert Testimony (Docket # 36) on October 14, 2005.

    Plaintiff filed its Objection (Docket # 83) to the Recommended Decision (Docket #76) on the Motion for Summary Judgment (Docket # 38) on October 14, 2005.

    Defendant filed its Response (Docket #85) as to Plaintiff's Objection (Docket #83) to the Recommended Decision (Docket #76) on Motion for Summary Judgment (Docket #38) on October 31, 2005.

    Defendant filed its Response (Docket # 86) to Plaintiff's Objection (Docket #82) to the Order and Memorandum Decision (Docket #76) on Motion to Exclude Expert Testimony (Docket #36) on October 31, 2005.

Plaintiff filed its Reply (Docket #90) in Support of its Objection to Recommended Decision (Docket #83) on the Motion for Summary Judgment (Docket #38).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Memorandum Decision on Defendant's Motion to Exclude (Docket #36) and Recommended Decision on Defendant's Motion for Summary Judgment (Docket #38); and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Memorandum Decision and Recommended Decision (Docket #76), and determine that no further proceeding is necessary.

1. It is hereby <u>ORDERED</u> that the Memorandum Decision and Recommended Decision (Docket #76) is hereby <u>AFFIRMED</u>.

2. It is hereby <u>ORDERED</u> that Defendant Bushmaster's Motion to Exclude Certain Testimony of Expert LaPlante (Docket #36) is <u>GRANTED IN PART</u> and <u>DENIED IN PART</u>.

   Defendant Bushmaster's Motion for Summary Judgment (Docket #38) is <u>GRANTED</u> as to (i) Counts I, III, V, IX and XI of Colt's Complaint (Docket # 1, parts 1 and 2), and (ii) Count I of Bushmaster's Counterclaim (Docket # 1, part 8) (seeking cancellation of Colt's federal registration for the mark M4, Registration No. 2,734,001) and (iii) Count VII of Colt's Complaint (Docket # 1, parts 1 and 2) only to its first claim of false advertising as to the marks M4, COLT AR-15, and COLT AR-15 and design, and otherwise <u>DENIED</u>.

   Remaining for trial is Count VII, except with respect to the first claim of false advertising as to the marks M4, COLT AR-15 and COLT AR-15 and design. To the extent that VII has survived summary judgment, the Court <u>GRANTS</u> and hereby <u>ORDERS</u> that Plaintiff Colt be excluded from recovering damages on Count VII of its Complaint.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 6th day of December, 2005.